# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN AZURIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 23-CV-11585-AK |
| v. ) | |
| ) | |
| BIO-MEDICAL APPLICATIONS OF ) | |
| CALIFORNIA, INC., ET AL ) | |
| ) | |
| Defendant (s). ) | |

## SETTLEMENT ORDER OF DISMISSAL

**A. KELEY, D.J.**

The Court having been advised on October 4, 2024, that the above-entitled action has been settled:

It is hereby **ORDERED** that this action is hereby **DISMISSED** without costs and without prejudice to the right of any party, upon good cause shown, to re-open the action within sixty days (60) days if settlement is not consummated.

Dated: October 8, 2024                                          By the Court,

                                                                /s/ Courtney Horvath
                                                                Deputy Clerk